**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 821 MAL 2017

                       Respondent    :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court
           v.                   :

                               :

WILLIAM KUDER,               :

                      Petitioner    :


## ORDER


**PER CURIAM**

      **AND NOW**, this 9th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.


      Justice Wecht did not participate in the consideration or decision of this matter.